**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| DANIEL ONEIL RUFFIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 2:17-cv-151-NT |
| JOHN HINKLEY, et al., | ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

On May 30, 2017, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 10). The Plaintiff filed an objection to the Recommended Decision on June 12, 2017 (ECF No. 12). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge and I will affirm the Recommended Decision in all respects.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. I **DISMISS** the Plaintiff's diet-related free exercise and RLUIPA claims, and the Plaintiff's due process claim, but permit Plaintiff to proceed on his claims based on the denial of religious items and the denial of

minimum security housing. Therefore, I **DISMISS** the Plaintiff's claims against the Defendants Warren Heat, Heidi Norweg, David Palmer, and Bruce Sheaff,

    **SO ORDERED.**

/s/ Nancy Torresen_____
United States Chief District Judge

Dated this 6th day of July, 2017