# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL ONEIL RUFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket no. 2:17-cv-151-NT |
| JOHN HINKLEY, et al., | ) ) |
| Defendants | ) ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 25, 2017, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 22). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED.** The Plaintiff's claims regarding access to the courts and the denial of adequate meals are **DISMISSED** and I **ORDER** service of the complaint, the amended complaint, and the supplement to the amended complaint on the Defendants Warren Heath, Dennis Palmer, John Hinkley, Cynthia Gardner, and Timothy McFarland.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 2nd day of October, 2017.